IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBIN COULON,

    Plaintiff,

v.                          NO.  CV 2011-360

FLORIAN CHAVEZ,
ELDON MARTINEZ,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, The Baker Law Firm (Jeffrey L. Baker and Renni Zifferblatt), and hereby enters its appearance on behalf of Defendants.

Respectfully submitted by,

**THE BAKER LAW FIRM**

/s/ Jeffrey L. Baker
Jeffrey L. Baker
Renni Zifferblatt
Attorneys for Defendants
20 First Plaza, Suite 402
Albuquerque, NM  87102
505/247-1855

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to Plaintiff's counsel Matthew Coyte, 1000 Second St. NW, Albuquerque, New Mexico 87102 on this 29th  day of April 2011.

/s/ Jeffrey L. Baker
Jeffrey L. Baker